

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00467-CR

Martiriano Estrada **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CRW2009249
Honorable Jennifer Dillingham, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 5, 2024.

_____
Beth Watkins, Justice